IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOEL BOSH, BOSCHMUSIC PUBLISHING, BOSCHMUSIC LLC<br><br>Plaintiffs<br><br>vs<br><br>MARYANGELI BURGOS VIDAL a/k/a ANGELIQUE BURGOS, ELIAS AYUSO CARRILLO and the conjugal partnership composed between them; BURBU ENTERTAINMENT LLC<br><br>Defendants | CIVIL 18-1245CCC |
| MARYANGELI BURGOS VIDAL a/k/a ANGELIQUE BURGOS; BURBU ENTERTAINMENT LLC<br><br>Counter-Claimants<br><br>vs<br><br>JOEL BOSH<br><br>Counter-Defendant | |

**AMENDED JUDGMENT**

Having considered the Stipulation for Voluntary Dismissal with Prejudice filed by the parties on April 22, 2019 (**d.e. 39**), it is ORDERED and ADJUDGED that judgment be and is hereby entered pursuant to its terms and conditions DISMISSING this action, with prejudice, and without the imposition of costs or attorney's fees. The Court retains jurisdiction to enforce compliance with the Settlement Agreement (**d.e. 45**) reached between the parties.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on July 31, 2019.

S/CARMEN CONSUELO CEREZO
United States District Judge